# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PATRICIA A. WILLIAMS, | ) |
| Plaintiff, | ) |
| vs. | ) No. CIV- 11-327-JHP-KEW |
| CAROLYN W. COLVIN, Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

## ORDER

Plaintiff, Patricia A. Williams, moved the Court for an award of attorney fees pursuant to 42 U.S.C. §406(b). On April 6, 2015, the Magistrate Judge issued a Report and Recommendation on Plaintiff's Motion For Attorney Fees. There has been no objection filed. The Magistrate Judge recommended that the motion should be granted. Based on an independent review of the record, the Court concludes Plaintiff is entitled to an attorneys' fee award and adopts the Report and Recommendation as this Court's Order.

**IT IS SO ORDERED** this 12th day of May, 2015.

James H. Payne
United States District Judge
Eastern District of Oklahoma